# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| JAMES DUFRENE JR<br>BARBARA DUFRENE<br>PO BOX 217<br>PARADIS LA 70080 | 09-13539<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

THE CASE IS NOT CURRENT. THE CASE IS UNFEASIBLE WITH ARREARAGE CLAIMS BY LITTON AND FIRST NATIONAL BANK.

The hearing on confirmation is set for January 12, 2010 at 11:30 a.m.

Attorney for debtor:

TIMOTHY P KIRKPATRICK

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor.

01/05/2010   by: _____