UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
MAGNER, J.
**MARCH 10, 2010**

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| **JAMES DUFRENE, JR.** | 09-13539 |
| **BARBARA DUFRENE** | |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 13 |

Hearing on the Motion for Relief from Stay as to 510 Lot 1, Hwy 306, Paradis, LA filed by First National Bank, USA was held on the 9th day of March, 2010.

Present at the hearing were:

Mark Needham, on behalf of Timothy P. Kirkpatrick, Counsel for Debtors; and
Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

Objection to the Motion having been Counsel for Debtors;

The Court having considered the merits of the Motion, the Objection thereto, and counsel having informed the Court the matter has been resolved;

**IT IS ORDERED** that the Motion for Relief from Stay as to 510 Lot 1, Hwy 306, Paradis, LA filed by First National Bank, USA is **DENIED**.

New Orleans, Louisiana, March 10, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge