# United States Bankruptcy Court
## Eastern District of Louisiana

JAMES DUFRENE JR
BARBARA DUFRENE
PO BOX 217
PARADIS LA 70080

09-13539
Chapter 13
Section A

## TRUSTEE'S MOTION TO DISMISS CASE for NON-COMPLIANCE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who reports that this case is not in compliance with its plan, and therefore prays that the case be dismissed. There have been no previous Motions to Dismiss for Non-Compliance filed herein. As of August 23, 2010, plan payments are in arrears $4,046.73, or 4 months. Subject to amendment or claim, there remain 27 months to complete the plan. The last four (or all if fewer than four) plan payments received by the Trustee are as follows:

07/06/2010 $ 550.00     06/07/2010 $ 650.00     04/26/2010 $ 550.00     04/12/2010 $ 350.00

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, by 12:00 p.m. no later than seven days before the scheduled hearing. If an objection is timely filed and served, a hearing on the motion shall be held at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana, on:

September 21, 2010 at 9:00 a.m.

Attorney for debtor:

TIMOTHY P KIRKPATRICK
STE 300
3501 N CAUSEWAY BLVD
METAIRIE LA 70002

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

### Certificate of Service

I hereby certify that a copy of the foregoing pleading was mailed this date to all parties of interest herein, including:

Debtor ✓ Atty _____

Creditor _____ Employer _____
S J Beaulieu, Jr. Trustee

By: _____ Date 8-23-10